ROBERT D. BARNHART
2553 Red Arrow Drive
Las Vegas, NV 89135
Telephone: (702) 804-7100

Attorney for Plaintiff; Pro Per

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. BARNHART,<br><br>        Plaintiff,<br><br>vs.<br><br>CHEVY CHASE BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., T.D. SERVICE COMPANY, CAPITAL ONE, N.A, DOES 1 THROUGH X & ROES XI THROUGH XX, INCLUSIVE,<br><br>        Defendants. | Case No. 2:10-cv-01780-PMP-LRL<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CORPORATE DEFENDANT CAPITAL ONE, N.A. PURSUANT TO F. R. Civ. P 41(a)(1) |

TO THE DISTRICT COURT AND TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to  Fed. R. Civ. P. 41(a)(1) Defendant Capital One N.A.not having filed or served an answer, motion for summary judgment or other responsive pleading, Plaintiff herein voluntarily dismisses the above-captioned action against corporate defendant Capital One, N.A. without prejudice.

/ / /

/ / /

/ / /

1    Plaintiff represents that he has not and will not receive any payment, direct or indirect,

2  in connection with the dismissal of the action.

3    DATED this the ___4___ day of November, 2010.

4                              Respectfully submitted,

5

6

7

8    ROBERT D. BARNHART

9    2553 Red Arrow Drive
     Las Vegas, NV 89135
10   Telephone: (702) 804-7100

11

12    IT IS SO ORDERED.

13

14

15    PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

16

17    DATED:  November 8, 2010.

18

19

20

21

22

23

24

25

26

27

28

                              2

CERTIFICATE OF MAILING

The undersigned certifies that he has placed a true and correct copy of the attached Objection to the filing of Notice of Removal and Removal for Lack of Jurisdiction in a sealed envelope with postage pre-paid and affixed, posted same with the United States Postal Service for mailing to the following:

Kristen T. Gallagher
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1000
Las Vegas, NV 89102

Miranda M Du
McDonald Carano & Wilson
100 West Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

Gregory L. Wilde, Esq.
Kevin S. Soderstrom, Esq.
Wilde & Associates
212 S. Jones Blvd.
Las Vegas NV 89107

Dated:   11-4-2010

ROBERT D. BARNHART
2553 Red Arrow Drive
Las Vegas, NV 89135
Telephone: (702) 804-7100

Attorney for Plaintiff; Pro Per

3