# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT D. BARNHART, | 2:10-CV-01780-PMP-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| CHEVY CHASE BANK, FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEM INC., T.D. SERVICE COMPANY, CAPITAL ONE, N.A. | |
| Defendants. | |

The Court having read and considered Defendant's fully briefed Motion to Dismiss Plaintiff's Complaint Against T.D. Service Company (Doc. #9), filed on October 29, 2010, and it appearing therefrom that Plaintiff's Complaint fails to state viable claims upon which relief could be granted for Wrongful Foreclosure (First Claim for Relief), Violation of NRS 107.085 (Second Claim for Relief), Fraud (Third Claim for Relief), Breach of Implied Covenant of Good Faith and Fair Dealing (Fourth Claim for Relief), Aiding and Abetting Wrongful Foreclosure (Fifth Claim for Relief), Unjust Enrichment (Sixth Claim for Relief), Intentional Infliction of Emotional Distress (Seventh Claim for Relief), and good cause appearing,

///

///

**IT IS ORDERED that** Defendant's Motion to Dismiss Plaintiff's Complaint Against T.D. Service Company (Doc. #9) is **GRANTED**.

DATED: November 19, 2010.

_____
PHILIP M. PRO
United States District Judge