JUDE E. NAZARETH, Esq.
Nevada Bar No. 10695
Post Office Box 401506
Las Vegas, NV  89140
(702) 948-7474
JEdward@MNLawOnline.com

Attorney for Plaintiff,
Robert D. Barnhart

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT D. BARNHART,<br><br>          Plaintiff,<br><br>     vs.<br><br>CHEVY CHASE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., T.D. SERVICE COMPANY; CAPITAL ONE, N.A.; et al.<br><br>          Defendants. | **Case No.: 2:10-cv-01070-RLH-PAL**<br>**Consolidated with**<br>**Case No.: 2:10-cv-01780-PMP-LRL**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST CERTAIN PARTY(S)** |

TO THE DISTRICT COURT AND TO ALL INTERESTED PARTIES:

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Robert D. Barnhart and Defendant T.D. Service Company, Inc., that all claims asserted by the Plaintiff in the above-entitled matter, including all claims asserted in both cases making up the consolidated matter, against Defendant T.D. Service Company, Inc., shall be dismissed with prejudice, with the further stipulation and agreement by and between the said parties as follows:  Each party shall bear his/its own attorneys' fees, costs, and expenses , and each party hereto releases the other party of  and  from any and all liability, known or unknown, one to the other, for any and all claims whatsoever at all related to the bringing, maintaining, and or dismissal of this

1

litigation, once and forever, and the aforesaid provision for mutual releases is and shall be binding upon the parties undersigned, including their heirs, assigns, and successors in interest, if any there may be in future, and, finally, the pending interim appeal, being Case No. 10-17848, before the 9th Circuit Court of Appeals, between the parties hereto and concerning various legal aspects of this District Court litigation, shall too be dismissed consistent with both the terms of this stipulation and agreement and Mediation Order re Dismissal of that Court, entered on April 28, 2011 and filed on the same day.

Respectfully submitted,

Dated this 22nd day of June, 2011.

/s/ Jude E. Nazareth
_____
JUDE E. NAZARETH, ESQ.
10695, Post Office Box 401506
Las Vegas, Nevada 89140
(702) 948-7474
Attorney for Plaintiff Robert D. Barnhart

Dated this 22nd day of June, 2011.

/s/ Kevin S. Soderstrom
_____
KEVIN S. SODERSTROM, ESQ.
Tiffany and Bosco, P.A.
(Previously Wild and Associates)
208 South Jones
Las Vegas, NV 89107
Attorney for Defendant T.D. Service Co., Inc.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT ' JUDGE
DATED: _____June 23, 2011_____

2

# CERTIFICATE OF SERVICE

I certify that on this 22nd day of June, 2011, I did serve via Case Management/Electronic Case Filing, a copy of the above and foregoing:

**STIPULATION AND AGREEMENT**

Addressed to:

Miranda Du, Esq.
Kristen T. Gallagher, Esq.
McDonald Carano Wilson LLP
2300 W Sahara Avenue, Suite 1000
Las Vegas, NV 89102
*Attorneys for Capital One, N.A.*

Kevin S. Soderstrom, Esq.
Tiffony and Bosco, P.A., (Prev. Wilde & Associates)
208 South Jones Blvd.
Las Vegas, NV 89107
*Attorneys for T.D. Service Company*

/s/ Jude E. Nazareth
_____
JUDE E. NAZARETH, ESQ.